UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO.: 07-23323-CIV-ALTONAGA-TURNOFF**

MORTON LUCOFF,

    Plaintiff,

vs.

GC SERVICES LIMITED PARTNERSHIP,

    Defendant.

_____/

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

COME NOW, the Parties herein, by and through their undersigned counsel, and will represent to the Court that this matter has been amicably settled, and would request entry of a Final Order of Dismissal With Prejudice in this matter, with each party to bear their own costs and attorneys' fees.

DATED this 26th day of February, 2008.

| | |
|---|---|
| /s Donald A. Yarbrough, Esquire | /s Ernest H. Kohlmyer, III |
| DONALD A. YARBROUGH | ERNEST H. KOHLMYER, III |
| Florida Bar No. 0158658 | Florida Bar No. 0110108 |
| P.O. Box 11842 | BELL, ROPER & KOHLMYER, P.A. |
| Fort Lauderdale, Florida 33339 | 2707 East Jefferson Street |
| (954) 537-2000 | Orlando, Florida 32803 |
| (954) 566-2235 | (407) 897-5150 |
| donyarbrough@mindspring.com | (407) 897-3332 (Fax) |
| Attorney for Plaintiff, | Skohlmyer@bellroperlaw.com |
| Morton Lucoff | Attorneys for Defendant, |
| | GC Services Limited Partnership |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed electronically with the Southern District of Florida and that a true and correct copy of the foregoing, along with a copy of the electronic receipt has been furnished to: Donald A. Yarborough, Esquire, P.O. Box 11842, Fort Lauderdale, Florida 33339 (donyarbrough@mindspring.com), Plaintiff ,and Joel D. Lucoff, Esquire, 12925 Southwest 30 Street, Miramar, Florida 33027-5307 (jdlucoff@adelphia.net), Attorney for Plaintiff, via U.S. Mail on this 26th day of February, 2008.

        /s/ Ernest H. Kohlmyer, III

Ernest H. Kohlmyer, III, Esquire
Florida Bar Number 0110108
BELL, ROPER & KOHLMYER, P.A.
2707 East Jefferson Street
Orlando, Florida  32803
407-897-5150
407-897-3332 (fax)
E-mail:  SKohlmyer@bellroperlaw.com
Attorneys for Defendant