UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 07-23323-CIV-ALTONAGA/TURNOFF

**MORTON LUCOFF,**

    Plaintiff,

    v.

**GC SERVICES LIMITED PARTNERSHIP**,

    Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** came before the Court upon the parties' Joint Stipulation for Dismissal With Prejudice [D.E. 10], filed on February 26, 2008. The Court has considered the Stipulation and pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that this matter is **DISMISSED WITH PREJUDICE**, with each party to bear its own attorney's fees and costs.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 26th day of February, 2008.

*Cecilia M. Altonaga*
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

Copies provided to:
(1) Magistrate Judge William C. Turnoff
(2) Counsel of record